JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF NANCY ADAIR | Case No. 2:23-cv-02488-FLA (ASx) **ORDER DENYING DEFENDANTS' MOTION TO DISMISS [DKT. 25] AND MOTION FOR SANCTIONS [DKT. 34]** |
|---|---|

On September 12, 2023, Plaintiff Nancy Adair and Defendants Trinity Guayante, Suzanne Miller, minor P.D., and Douglas S. Saldivar ("Defendants") (collectively, the "parties") filed a Notice of Settlement of all claims among themselves.  Dkt. 50.

On October 2, 2023, the parties filed a Joint Stipulation to take Defendants' pending Motions to Dismiss (Dkt. 25) and Motion for Sanctions (Dkt. 34) off-calendar in light of the Notice of Settlement.  Dkt. 54.

Having considered the Joint Stipulation and finding good cause therefor, the court hereby DISMISSES without prejudice Defendants' Motion to Dismiss (Dkt. 25) and Motion for Sanctions (Dkt. 34).  The court retains jurisdiction to vacate this Order and to reinstate the motions within sixty (60) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

IT IS SO ORDERED.

Dated: October 3, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge